# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1835. JOHN C. GRAHAM v. STEPHANIE A. CURTIS.**

On March 29, 2017, the trial court entered a consent stalking twelve-month protective order against John C. Graham. On May 1, 2017, Graham filed a pro se notice of appeal from this order. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).

Here, Graham filed his notice of appeal 33 days after the entry of the trial court's order underlying his appeal. Accordingly, we lack jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/15/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*